1  PAUL L. SEAVE
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  MIQUEL RODRIGUEZ
   Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2790



FILED

OCT - 1 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )
12              Plaintiff,          )    CR. NO.
                                    )
13       v.                         )    VIOLATIONS: 18 U.S.C. § 1951(a)-
                                    )    Conspiracy to Commit a Robbery
14 JOHN THAT LUONG,                 )    Affecting Interstate Commerce
      aka Ah Sing;                  )    (4 Counts); 18 U.S.C. §
15 MINH HUYNH;                      )    924(c)(1) - Use of a Firearm
   THY CHANN;                       )    During a Crime of Violence
16 THONGSOUK THENG LATTANAPHON,     )    (4 Counts); 18 U.S.C. §§
      aka Kevin;                    )    924(i)(1) and 2 - Death Caused
17 HOANG NGUYEN,                    )    by Use of a Firearm During a
      aka Bao Lu;                   )    Crime of Violence and Aiding
18 SON VAN NGUYEN; and              )    and Abetting
   HOANG AI LE;                     )
19                                  )
                Defendants.         )
20 _____ )

21              I N D I C T M E N T

22 COUNT ONE: [18 U.S.C. § 1951(a) - Conspiracy to Commit a
              Robbery Affecting Interstate Commerce]
23

24       The Grand Jury charges:

25                     JOHN THAT LUONG,
                          aka Ah Sing;
                          MINH HUYNH;
26                        THY CHANN;
                   THONGSOUK THENG LATTANAPHON,
27                          aka Kevin;
                        HOANG NGUYEN,
28                        aka Bao Lu;

                          1

SON VAN NGUYEN; and
HOANG AI LE;

defendants herein as follows:

1.   At all times material to this Indictment, the Phnom Pich Jewelry Store, located at 707 East March Lane, Stockton, California, was engaged in the sale of jewelry and other products in foreign and interstate commerce; and the Phnom Pich Jewelry Store was in an industry which affects interstate commerce.

2.   On or about January 25, 1996, in the County of San Joaquin, State and Eastern District of California, defendants JOHN THAT LUONG, aka Ah Sing; MINH HUYNH; THY CHANN; THONGSOUK THENG LATTANAPHON, aka Kevin; HOANG NGUYEN, aka Bao Lu; SON VAN NGUYEN; and HOANG AI LE; and others known and unknown to the Grand Jury, did knowingly and unlawfully agree and conspire to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by armed robbery as that term is defined in Title 18, United States Code, Section 1951, by threatening physical violence against another person, to wit: the owners and employees of Phnom Pich Jewelry Store, a company which does business in foreign and interstate commerce.

All in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO:   [18 U.S.C. § 924(c)(1) - Use of a Firearm During a Crime of Violence]

The Grand Jury further charges:

JOHN THAT LUONG,
aka Ah Sing;
MINH HUYNH;
THY CHANN;

///

2

1      THONGSOUK THENG LATTANAPHON,
                  aka Kevin;
2           HOANG NGUYEN,
                  aka Bao Lu;
3        SON VAN NGUYEN; and
             HOANG AI LE;
4

5   defendants herein, and others known and unknown to the Grand Jury,

6   who were members of the conspiracy charged in Count One, which is

7   incorporated by reference as though fully set forth herein, on or

8   about January 25, 1996, in the County of San Joaquin, State and

9   Eastern District of California, did knowingly use and carry

10  firearms, that is, handguns, during and in relation to a crime of

11  violence for which they may be prosecuted in a court of the United

12  States, that is, conspiracy to commit a robbery affecting interstate

13  commerce, as alleged in Count One, which is incorporated herein by

14  reference, all in violation of Title 18, United States Code, Section

15  924(c)(1).

    COUNT THREE:   [18 U.S.C. §§ 924(i)(1) and 2 - Death Caused by
16                 Use of a Firearm During a Crime of Violence
                   and Aiding and Abetting]
17
         The Grand Jury further charges:
18
                    JOHN THAT LUONG,
19                      aka Ah Sing;
                    MINH HUYNH;
20                    THY CHANN;
            THONGSOUK THENG LATTANAPHON,
21                      aka Kevin;
                    HOANG NGUYEN,
22                      aka Bao Lu;
                 SON VAN NGUYEN; and
23                    HOANG AI LE;

24  defendants herein and others known and unknown to the Grand Jury, on

25  or about January 25, 1996, in the County of San Joaquin, State and

26  Eastern District of California, did cause, and did aid and abet in

27  causing, the death of a human being, to wit: Vuth Hong, through the

28  use of a firearm, that is, a handgun, in the course of committing a

                              3

1 | violation of Title 18, United States Code, Section 924(c)(1) as
2 | alleged in Count Two, which is incorporated herein by reference,
3 | during and in relation to a crime of violence for which they may be
4 | prosecuted in a court of the United States, that is, conspiracy to
5 | commit a robbery affecting interstate commerce, as alleged in Count
6 | One, which is incorporated herein by reference, and this killing was
7 | murder as defined in Title 18, United States Code, Section 1111, in
8 | that this killing was committed in the perpetration of, and attempt
9 | to perpetrate, the aforementioned robbery, all in violation of Title
10 | 18, United States Code, Sections 924(i)(1) and 2.

11 | COUNT FOUR:   [18 U.S.C. § 1951(a) – Conspiracy to Commit a
           Robbery Affecting Interstate Commerce]

12 |
13 |        The Grand Jury further charges:

                        JOHN THAT LUONG,
14 |                     aka Ah Sing; and
                        MINH HUYNH;
15 |
defendants herein as follows:
16 |
        1.   At all times material to this Indictment, the Diamond
17 |
Flower Electric Instruments, Ltd., located at 135 Main Avenue,
18 |
Sacramento, California, was engaged in the sale of computer
19 |
equipment and other products in foreign and interstate commerce; and
20 |
the Diamond Flower Electric Instruments, Ltd. company was in an
21 |
industry which affects interstate commerce.
22 |
        2.   On or about December 22, 1995, in the County of Sacramento,
23 |
State and Eastern District of California, defendants JOHN THAT
24 |
LUONG, aka Ah Sing; and MINH HUYNH; and others known and unknown to
25 |
the Grand Jury, did knowingly and unlawfully agree and conspire to
26 |
obstruct, delay, and affect commerce as that term is defined in
27 |
Title 18, United States Code, Section 1951, and the movement of
28 |

4

1  articles and commodities in such commerce, by armed robbery as that

2  term is defined in Title 18, United States Code, Section 1951, by

3  threatening physical violence against another person, to wit: the

4  owners and employees of Diamond Flower Electric Instruments, Ltd., a

5  company which does business in foreign and interstate commerce.

6       All in violation of Title 18, United States Code, Section

7  1951(a).

8  COUNT FIVE:   [18 U.S.C. § 924(c)(1) - Use of a Firearm During a
                Crime of Violence]

9

10       The Grand Jury further charges:

                    JOHN THAT LUONG, aka Ah Sing; and

11                      MINH HUYNH;

12  defendants herein, and others known and unknown to the Grand Jury,

13  who were members of the conspiracy charged in Count Four, which is

14  incorporated by reference as though fully set forth herein, on or

15  about December 22, 1995, in the County of Sacramento, State and

16  Eastern District of California, did knowingly use and carry

17  firearms, that is, handguns, during and in relation to a crime of

18  violence for which they may be prosecuted in a court of the United

19  States, that is, conspiracy to commit a robbery affecting interstate

20  commerce, as alleged in Count Four, which is incorporated herein by

21  reference, all in violation of Title 18, United States Code, Section

22  924(c)(1).

23  COUNT SIX:   [18 U.S.C. § 1951(a) - Conspiracy to Commit a
              Robbery Affecting Interstate Commerce]

24

25       The Grand Jury further charges:

                    JOHN THAT LUONG, aka Ah Sing;

26                      MINH HUYNH;
                    THY CHANN;

27       THONGSOUK THENG LATTANAPHON, aka Kevin; and
                    SON VAN NGUYEN;

28

1 | defendants herein as follows:

2 |     1.  At all times material to this Indictment, the Amador

3 | Systems International, Inc., located at 6701 Power Inn Road,

4 | Sacramento, California, was engaged in the sale of computer

5 | equipment and other products in foreign and interstate commerce; and

6 | the Amador Systems International, Inc. company was in an industry

7 | which affects interstate commerce.

8 |     2.  On or about January 17, 1996, in the County of Sacramento,

9 | State and Eastern District of California, defendants JOHN THAT

10 | LUONG, aka Ah Sing; MINH HUYNH; THY CHANN; THONGSOUK THENG

11 | LATTANAPHON, aka Kevin; and SON VAN NGUYEN; and others known and

12 | unknown to the Grand Jury, did knowingly and unlawfully agree and

13 | conspire to obstruct, delay, and affect commerce as that term is

14 | defined in Title 18, United States Code, Section 1951, and the

15 | movement of articles and commodities in such commerce, by armed

16 | robbery as that term is defined in Title 18, United States Code,

17 | Section 1951, by threatening physical violence against another

18 | person, to wit: the owners and employees of Amador Systems

19 | International, Inc., a company which does business in foreign and

20 | interstate commerce.

21 |     All in violation of Title 18, United States Code, Section

22 | 1951(a).

23 | COUNT SEVEN:   [18 U.S.C. § 924(c)(1) - Use of a Firearm During
                           a Crime of Violence]

24

25 |     The Grand Jury further charges:

26 |                            JOHN THAT LUONG, aka Ah Sing;
                                   MINH HUYNH;

27 |                                    THY CHANN;
            THONGSOUK THENG LATTANAPHON, aka Kevin; and

28 |                           SON VAN NGUYEN;

1 defendants herein, and others known and unknown to the Grand Jury,

2 who were members of the conspiracy charged in Count Six, which is

3 incorporated by reference as though fully set forth herein, on or

4 about January 17, 1996, in the County of Sacramento, State and

5 Eastern District of California, did knowingly use and carry

6 firearms, that is, handguns, during and in relation to a crime of

7 violence for which they may be prosecuted in a court of the United

8 States, that is, conspiracy to commit a robbery affecting interstate

9 commerce, as alleged in Count Six, which is incorporated herein by

10 reference, all in violation of Title 18, United States Code, Section

11 924(c)(1).

12 COUNT EIGHT:   [18 U.S.C. § 1951(a) – Conspiracy to Commit a
                 Robbery Affecting Interstate Commerce]

13      The Grand Jury further charges:

14                     JOHN THAT LUONG, aka Ah Sing;
15                           MINH HUYNH;
                             THY CHANN;
16        THONGSOUK THENG LATTANAPHON, aka Kevin; and
                           HOANG AI LE;

17 defendants herein as follows:

18      1.  At all times material to this Indictment, Diamond Flower

19 Electric Instruments, Ltd., located at 135 Main Avenue, Sacramento,

20 California, was engaged in the sale of computer equipment and other

21 products in foreign and interstate commerce; and the Diamond Flower

22 Electric Instruments, Ltd., company was in an industry which affects

23 interstate commerce.

24      2.  On or about January 20, 1996, in the County of Sacramento,

25 State and Eastern District of California, defendants JOHN THAT

26 LUONG, aka Ah Sing; MINH HUYNH; THY CHANN; THONGSOUK THENG

27 LATTANAPHON, aka Kevin; and HOANG AI LE; and others known and

28

                                  7

1   unknown to the Grand Jury, did knowingly and unlawfully agree and

2   conspire to obstruct, delay, and affect commerce as that term is

3   defined in Title 18, United States Code, Section 1951, and the

4   movement of articles and commodities in such commerce, by armed

5   robbery as that term is defined in Title 18, United States Code,

6   Section 1951, by threatening physical violence against another

7   person, to wit: the owners and employees of Diamond Flower Electric

8   Instruments, Ltd., a company which does business in foreign and

9   interstate commerce.

10      All in violation of Title 18, United States Code, Section

11  1951(a).

12  COUNT NINE:   [18 U.S.C. § 924(c)(1) - Use of a Firearm During a
                   Crime of Violence]

13
        The Grand Jury further charges:

14
                        JOHN THAT LUONG, aka Ah Sing;
15                              MINH HUYNH;
                                THY CHANN;
16            THONGSOUK THENG LATTANAPHON, aka Kevin; and
                              HOANG AI LE;
17
    defendants herein, and others known and unknown to the Grand Jury,
18
    who were members of the conspiracy charged in Count Eight, which is
19
    incorporated by reference as though fully set forth herein, on or
20
    about January 20, 1996, in the County of Sacramento, State and
21
    Eastern District of California, did knowingly use and carry
22
    firearms, that is, handguns, during and in relation to a crime of
23
    violence for which they may be prosecuted in a court of the United
24
    States, that is, conspiracy to commit a robbery affecting interstate
25
    commerce, as alleged in Count Eight, which is incorporated herein by
26
    ///
27
    ///
28
                                  8

1 │ reference, all in violation of Title 18, United States Code, Section

2 │ 924(c)(1).

3 │                                        A TRUE BILL.

4 │

5 │ _____              FOREPERSON

6 │ PAUL L. SEAVE
  │ United States Attorney

7 │

8 │

9 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

9

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JOHN THAT LUONG, aka Ah Sing;
MINH HUYNH;
THY CHANN;
THONGSOUK THENG LATTANAPHON, aka Kevin;
HOANG NGUYEN, aka Bao Lu;
SON VAN NGUYEN; and
HOANG AI LE

## I N D I C T M E N T

**VIOLATION(S):**  18 U.S.C. § 1951(a)  - Conspiracy to Commit
a Robbery Affecting Interstate Commerce (4 Counts); 18 U.S.C. §
924(c)(1) - Use of a Firearm During a Crime of Violence (4 Counts);
18 U.S.C. §§ 924(j)(1) and 2 - Death Caused by Use of a Firearm
During a Crime of Violence and Aiding and Abetting

*A true bill,*

_____
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 19* _ _ _ _ _

_____
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525