FILED

FEB 1 3 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

BAO LU, et. al.

        Defendants.

NO. CR. S-99-0433 WBS

MEMORANDUM AND ORDER RE
DEFENDANT BAO LU'S MOTION TO
DISMISS FOR DENIAL OF SPEEDY
TRIAL

----oo0oo----

        This is defendant Bao Lu's second motion to dismiss his indictment for violation of his rights under the Speedy Trial Act and the Sixth Amendment.  This court denied Lu's original motion in a Memorandum and Order filed on October 18, 2002.

        Lu's legal arguments in this motion are essentially identical to the arguments advanced in his previous motion.  In this Speedy Trial Act claim, Lu again challenges the reasonableness of the delay excluded from his speedy trial clock based on the continuances granted to his co-defendants.  See 18 U.S.C. § 3161(h)(7).  As this court noted in the previous order, all of Lu's co-defendants urged that the trial date in this case

be continued until February 20, 2003.  The only new development
is that the trial has been continued again upon the joint request
of all other defendants.  The court has found good cause for that
continuance.  This court granted that continuance in order to
give Lu's co-defendants an opportunity to file pre-trial motions,
conduct discovery, and prepare for trial.  In addition, Lu has
yet to present specific evidence that he will suffer prejudice as
a result of the delay.  All motions for severance in this case
have been denied for good cause.  Accordingly, the court finds
that Lu's speedy trial clock has been, and continues to be,
properly tolled under section 3161(h)(7).

Lu also renews his claim that the post-indictment delay
in this case has violated his Sixth Amendment right to a speedy
trial.  The court's finding that there has been no violation of
the Speedy Trial Act "raises a strong presumption of compliance
with the Constitution."  United States v. Baker, 63 F.3d 1478,
1498 (9th Cir. 1982).  That presumption has not been overcome.

IT IS THEREFORE ORDERED that defendant Bao Lu's motion
to dismiss indictment based on post-indictment delay be, and the
same hereby is, DENIED.

DATED: February 13, 2003

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

United States District Court
for the
Eastern District of California
February 13, 2003


* * CERTIFICATE OF SERVICE * *


2:99-cr-00433


USA

    v.

Luong

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 13, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        William Sze Wong                              SH/WBS
        United States Attorney
        501 I Street
        Suite 10-100
        Sacramento, CA  95814

        Patrick Hanly
        United States Attorney
        501 I Street
        Suite 10-100
        Sacramento, CA  95814

        Richard B Mazer
        Law Offices of Richard B Mazer
        99 Divisadero Street
        San Francisco, CA  94117

        Jan David Karowsky
        716 19th Street
        Suite 100
        Sacramento, CA  95814-0710

        Gail R Shifman
        Law Offices of Gail Shifman
        632 Commercial Street
        Second Floor

San Francisco, CA 94111

Shari G Rusk
Law Offices of Shari Rusk
1710 Broadway
Suite 111
Sacramento, CA  95818

Jeffrey L Staniels
Federal Defender
801 K Street
Suite 1024
Sacramento, CA  95814

Michael Bradley Bigelow
Law Offices of Michael Bradley Bigelow
428 J Street
Suite 358
Sacramento, CA  95814-6908

James Ralph Greiner
Law Offices of James R Greiner
555 University Avenue
Suite 290
Sacramento, CA  95825

George C Boisseau
Law Offices of George C Boisseau
50 Santa Rosa Avenue
Fifth Floor
Santa Rosa, CA  95404

SERVICE BY INTER OFFICE:

US MARSHAL        PROBATION       PRETRIAL  SERVICES

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk