| | |
|---|---|
| 1 | **JAMES R. GREINER, ESQ.** |
| | CALIFORNIA STATE BAR NUMBER 123357 |
| 2 | **LAW OFFICES OF JAMES R. GREINER** |
| | 555 UNIVERSITY AVENUE, SUITE 290 |
| 3 | SACRAMENTO, CALIFORNIA 95825 |
| | TELEPHONE:(916) 649-2006 |
| 4 | FAX: (916) 920-7951 |

ATTORNEY FOR DEFENDANT
SON VAN NGUYEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-99-0433-WBS |
| PLAINTIFF, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| SON VAN NGUYEN, et al., | |
| DEFENDANTS. | |

Plaintiff, The United States of America, represented by Assistant United States Attorney, Mr. William S. Wong, and defendant, Hoang Nguyen (also known as Bao Lu) represented by attorney, Mr. Michael B. Bigelow, and defendant Thy Chan represented by attorney, Ms. Shari Rusk and defendant Son Van Nguyen represented by attorney, James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing date of Monday, January 22, 2007 at 8:30, can be vacated and continued to Monday, April 2, 2007, at 8:30 a.m. before the Honorable District Court Judge, William B. Shubb, in Courtroom 5, on the 14th Floor of the Federal Courthouse located at 501 I Street, Sacramento, California.

1

It is so agreed and stipulated to.

DATED: 1-10-07         McGREGOR W. SCOTT
                       United States Attorney


                       /s/ William S. Wong
                       By telephone authorization
                       _____
                       William S. Wong
                       Assistant United States Attorney

DATED:1-10-07          LAW OFFICES OF MICHAEL B. BIGELOW

                       /s/ Michael B. Bigelow
                       By Telephone and e mail authorization
                       _____
                       Michael B. Bigelow
                       Attorney for Hoang Nguyen (also know as Bao Lu)

DATED: 1-10-07         LAW OFFICES OF SHARI RUSK

                       /s/ Shari Rusk
                       By e mail authorization
                       _____
                       Shari Rusk
                       Attorney for Thy Chan

DATED: 1-10-07

                       /s/ James R. Greiner
                       _____
                       James R. Greiner
                       Attorney for Son Van Nguyen


**GOOD CAUSE APPEARING, IT IS SO ORDERED.**


**DATED: January 10, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2