1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
SON VAN NGUYEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-99-0433-WBS |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JUDGMENT AND SENTENCING TO **NOVEMBER 19, 2007** |
| v. ) | |
| SON VAN NGUYEN, et al., ) | |
| DEFENDANTS. ) | |

    Plaintiff, The United States of America, represented by Assistant United States Attorney, Mr. William S. Wong, and defendant, Hoang Nguyen (also known as Bao Lu) represented by attorney, Mr. Michael B. Bigelow, and defendant Thy Chan represented by attorney, Ms. Shari Rusk and defendant Son Van Nguyen represented by attorney, Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing date of Monday, April 2, 2007, at 8:30 a.m., can be vacated and continued to Monday, **November 19, 2007**, at 8:30 a.m., before the Honorable District Court Judge, William B. Shubb, in Courtroom 5, on the 14th Floor of the Federal Courthouse located at 501 I Street, Sacramento, California.

1

1    It is so agreed and stipulated to.

3    DATED: 3-28-07                McGREGOR W. SCOTT
                                    United States Attorney

5                                   /s/ William S. Wong
                                    By telephone authorization

                                    _____
                                    William S. Wong
                                    Assistant United States Attorney

8    DATED:3-28-07                  LAW OFFICES OF MICHAEL B. BIGELOW

9                                   /s/ Michael B. Bigelow
                                    By Telephone and e mail authorization

                                    _____
                                    Michael B. Bigelow
                                    Attorney for Hoang Nguyen (also know as Bao Lu)

12   DATED: 3-28-07                 LAW OFFICES OF SHARI RUSK

13                                  /s/ Shari Rusk
                                    By e mail authorization

                                    _____
                                    Shari Rusk
                                    Attorney for Thy Chan

16   DATED: 3-28-07

17                                  /s/ James R. Greiner

                                    _____
                                    James R. Greiner
                                    Attorney for Son Van Nguyen

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

**DATED:  April 2, 2007**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2