UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOS. CR-S-99-0433 WBS |
| Plaintiff and Respondent, | CR-S-00-0510 WBS |
| vs. | NO. CIV-S-07-2063 WBS |
| BAO HOANG LU, | ORDER |
| Defendant and Movant. | |

----oo0oo----

Defendant, BAO HOANG LU, has filed a petition for relief pursuant to 28 U.S.C. § 2255.

The United States Attorney shall file a response to the motion on or before January 25, 2008. Defendant shall file his reply, if any, on or before February 15, 2008. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: October 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE