WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Osterhoudt@aol.com

Attorney for Defendant
Bao Lu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>BAO LU, et al.,<br><br>        Defendants. | **No. CR 99-0433 WBS**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Benjamin Wagner on behalf of Assistant United States Attorney William S. Wong, attorney for plaintiff United States of America, and William Osterhoudt, Esq., attorney for defendant Bao Lu, that the date presently set for Mr. Lu's re-sentencing, November 19, 2007, be continued to January 22, 2008.

The reason for this continuance is that counsel for defendant Lu has longstanding travel plans and will be out of the country during the month of November, including November 19, 2007. Therefore this continuance is necessary to enable counsel to appear on behalf of Mr. Lu at resentencing.

//

---

Stipulation and [Proposed] Order Continuing Sentencing Date
[No.CR-99-0433 (WBS)]

1

Respectfully submitted,

Dated: November 9, 2007

Benjamin Wagner (with consent)
Benjamin Wagner
Assistant United States Attorney

/s/ William L. Osterhoudt (signature on file)
WILLIAM L. OSTERHOUDT
Attorney for Bao Lu

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's findings and its order, and continues the Sentencing date to **December 17, 2007 at 8:30 a.m**.

Dated: November 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Stipulation and [Proposed] Order Continuing Sentencing Date
[No.CR-99-0433 (WBS)]

2