WILLIAM L. OSTERHOUDT, ESQ. (SBN043021)
LAW OFFICES OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Osterhoudt@aol.com

Attorney for Defendant,
Bao Lu

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BAO LU, et al.,<br><br>    Defendants. | **No. CR 99-0433 WBS**<br><br>**MOTION TO CONTINUE SENTENCING DATE; [PROPOSED] ORDER THEREON** |

Defendant Bao Lu, by and through counsel of record, respectfully moves the Court for an Order continuing the date presently set for Mr. Lu's re-sentencing, December 17, 2007, to February 25, 2008.

The reasons for this continuance are that:

(1) Undersigned defense counsel for Mr. Lu did not represent the defendant at his trial or original sentencing, or on direct appeal from his conviction in this Court. Therefore, in view of the *Booker* remand requiring that Mr. Lu be resentenced, new counsel has had to familiarize himself with all of the proceedings leading up to sentencing, including the facts regarding the defendant's alleged participation in the underlying offense. While counsel has been diligent, he is new to the

sentencing issues, and requires additional time to fully and adequately present Mr. Lu's sentencing position to this Court.

(2) Undersigned counsel for Mr. Lu was only able to access the original presentence report today, December 7, 2007. Although counsel's substitution was filed on December 3, 2007, the probation office has declined to make the report available until today because the Court had not formally approved the substitution. It is essential that counsel have a full opportunity to review the report so that he can prepare for Mr. Lu's resentencing and make an effective presentation to the Court. This will require, at a minimum, that counsel meet with Mr. Lu, who is incarcerated at CSP-Solano – Vacaville. Such a meeting has been scheduled for December 11, 2007, and will likely result in counsel filing a sentencing memoranda in connection with Mr. Lu's resentencing.

(3) Defendant Bao Lu has filed, through undersigned counsel, a motion to vacate his conviction and sentence pursuant to 28 U.S.C. §2255, and the Court has Ordered the parties to brief the issues raised therein. The government has been directed to respond to defendant's motion on or before January 25, 2008; and the defendant has been directed to file any reply by February 15, 2008. Because the issues raised in the Section 2255 motion go directly to the validity of Mr. Lu's conviction and, assuming he was properly convicted, to the sentencing factors in his case, it would serve the interest of judicicial economy to defer resentencing until the Section 2255 motion has been decided, or at least considered with appropriate input from the parties.

(4) Mr. Lu is incarcerated, and will remain so during any period of continuance ordered by this Court.

For these reasons, counsel for defendant Lu respectfully asks the Court to grant a continuance until February 25, 2008, to allow him enough time to adequately prepare for Mr. Lu's sentencing and to consult with his client.

Counsel for defendant Lu has attempted, unsuccessfully, to reach Assistant United States Attorney, William Wong, to ascertain his position in regard to this continuance. Counsel will continue to attempt to contact Mr. Wong for the purpose of entering a stipulation mutually agreeable to the parties, but in an abundance of caution hereby files the foregoing motion for continuance.

Respectfully submitted,

Dated: December 7, 2007

/s/ William L. Osterhoudt (signature on file)
WILLIAM L. OSTERHOUDT
Attorney for Bao Lu

## ORDER

The motion is DENIED, without prejudice. Counsel shall appear with the defendant at the sentencing hearing on December 17, 2007.

DATED:  December 12, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Motion To Continue Sentencing Date; [Proposed] Order Thereon
[No.CR-99-0433 (WBS)]

3

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 135 Belvedere Street, San Francisco, California 94117.

On December 7, 2007, I caused to be served the foregoing **Stipulation and Proposed Order Continuing Sentencing Date; [Proposed] Order Thereon** on all interested parties in this action by causing same to be served by electronic transmission to the following:

> William Sze Wong
> Assistant United States Attorney, Eastern District of California
> 501 I Street, Suite 10-100
> Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2007 in San Francisco, California.

/s/ Christopher Choy
Christopher Choy

Motion To Continue Sentencing Date; [Proposed] Order Thereon
[No.CR-99-0433 (WBS)]