| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR S-99-433 WBS |
| v. | ) | |
| | ) | |
| BAO LU | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                    ( ) Ad Testificandum

Name of Detainee:    BAO LU, CDC #K76720
Detained at (custodian): California State Prison - Solano, Vacaville, CA
Detainee is:    a.)    (X) charged in this district by:  (X) Indictment  ( ) Information  ( ) Complaint
                      charging detainee with: Conspiracy to Commit Robbery Affecting Interstate
                      Commerce
        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
        or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
                      currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

        Signature:                /s/ William S. Wong
        Printed Name & Phone No:  WILLIAM S. WONG, (916) 554-2790
        Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  January 25, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Hoang Nguyen | Male |
| CDC #: | K76720 | DOB: 06/28/79 |
| Facility Address: | California State Prison, Solano | Race: |
| | 2100 Peabody Road | FBI #: |
| | Vacaville, CA 95696 | |
| Facility Phone: | (707) 451-0182 | |
| Currently Incarcerated For: | Conspiracy to Commit a Robbery Affecting Interstate Commerce; defendant to be re-setenced in EDCA. | |

_____
**RETURN OF SERVICE**

Executed on   _____          By: _____
                                                              (Signature)