McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN THAT LUONG, et al.,<br><br>      Defendants.<br>_____ | CR. NO. S-99-433-WBS<br><br>AMENDED STIPULATION AND ORDER (~~PROPOSED~~)<br><br>DATE: February 25, 2008<br>TIME: 8:30 a.m.<br>CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq., defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Asst. Fed. Def., defendant Minh Huynh, through his counsel, Christopher Haydn-Myer, Esq., and defendant Hoang Ai Le, through his counsel, Michael Long, Esq., stipulate and agree to the following revised motion schedule regarding the defendants' post-trial motions pursuant to Rule 29 and Rule 33 currently set for February 25, 2008 at 8:30 a.m.:

///

1.  Government's opposition shall be filed no later than March 17, 2008;

2.  Defendants' reply, if any, shall be filed no later than March 24, 2008; and

3.  Hearing on the motion set for March 31, 2008, at **9:30 a.m.**

Counsels for the government need additional time to research and prepare its responses to the defendants' motions. Counsels for the government have just completed a two and a half week trial in the case of <u>United States v. Sewell</u>, CR-S-05-0554 LKK. Accordingly, the parties stipulate to the revised law and motion schedule.

```
                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: February 21, 2008       By: /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney

DATED: February 21, 2008       By: /s/ Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED: February 21, 2008       By: /s/ Richard Mazer
                                   RICHARD MAZER for defendant
                                   John That Luong

DATED: February 21, 2008       By: /s/ Jeffrey Staniels
                                   JEFFREY STANIELS for defendant
                                   Thongsouk Lattanaphon

DATED: February 21, 2008       By: /s/ Christopher Haydn-Myer
                                   CHRISTOPHER HAYDN-MYER for
                                   defendant Minh Huynh

DATED: February 21, 2008       By: /s/ Michael Long
                                   MICHAEL LONG for defendant
                                   Hoang Ai Le
```

///

///

///

**ORDER**

For the reasons set forth above, the revised law and motion schedule is adopted.

DATED: February 21, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE