UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | 2:99-cr-0433-WBS |
| Plaintiff,       ) | |
| ) | ORDER REASSIGNING |
| v.       ) | RECUSAL MOTION |
| ) | |
| JOHN THAT LUONG,       ) | |
| MINH HUYNH,       ) | |
| HOANG AI LE, and       ) | |
| THONGSOUK THENG LATTANAPHOM,       ) | |
| ) | |
| Defendants       ) | |

     Since United States District Judge William B. Shubb has recused himself from deciding Defendant Minh Huynh's Motion to Disqualify, filed on March 25, 2008, the Clerk of Court shall randomly reassign this <u>motion</u> to another district judge.

     IT IS SO ORDERED.

Dated:  May 5, 2008

GARLAND E. BURRELL, JR.
Chief United States District Judge