UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BAO LU,

        Defendant.

CR. NO. S-99-0433 WBS

ORDER

----oo0oo----

        Defendant Bao Lu's motion to recuse the undersigned judge, pursuant to 28 U.S.C. § 455(a), is referred to United States District Judge John A. Mendez for determination.  This referral includes the request to defer the final sentencing of Bao Lu and the request that the court provide Bao Lu's present attorney with further information concerning the facts and circumstances the December 1997 incident.

        The undersigned judge will await Judge Mendez's determination before proceeding further connection with any defendant in this matter.

1

1 | IT IS SO ORDERED.
2 | DATED: May 29, 2008

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE