McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-99-433-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON POST TRIAL MOTIONS |
| v. | |
| JOHN THAT LUONG, et al., | |
| Defendants. | DATE: September 19, 2008<br>TIME: 10:00 a.m.<br>CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Asst. Fed. Def.; defendant Minh Huynh, through his counsel, Christopher Haydn-Myer, Esq.; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq., hereby stipulate and agree that the hearing on post trial motions set for August 11, 2008, at 8:30 a.m. should be continued to September 19, 2008, at 10:00 a.m.

Counsels for the government will be unavailable due to travel

for a work related conference the week of August 11, 2008.  Defense counsels have no opposition to continuing this matter and agree to the new date of September 19, 2008, at 10:00 a.m.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: August 7, 2008        By: /s/ William S. Wong
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney

DATED: August 7, 2008        By: /s/ Jason Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

DATED: August 7, 2008        By: /s/ Richard Mazer
                                          RICHARD MAZER for defendant
                                          John That Luong

DATED: August 7, 2008        By: /s/ Jeffrey Staniels
                                          JEFFREY STANIELS for defendant
                                          Thongsouk Lattanaphon

DATED: August 7, 2008        By: /s/ Christopher Haydn-Myer
                                          CHRISTOPHER HAYDN-MYER for
                                          defendant Minh Huynh

DATED: August 7, 2008        By: /s/ Michael Long
                                          MICHAEL LONG for defendant
                                          Hoang Ai Le

---

**ORDER**

    For the reasons set forth above, it is hereby ordered that this matter be set for September 19, 2008, at 10:00 a.m.

DATED: August 8, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE