UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JOHN THAT LUONG, et al.,

        Defendants.

NO. CR. 99-433 WBS

ORDER

----oo0oo----

On October 9, 2009, defendant John That Luong filed a motion to dismiss the indictment in this case for failure to charge a federal offense. On December 2, 2009, he filed another motion to dismiss certain counts of the indictment. Defendant Hoang Ai Le, joined in the latter motion. The Government shall file its response to both motions on or before December 21, 2009. The government's response may address the timeliness, but shall also address the merits of both motions. Defendants' replies shall be filed by December 28, 2009. Unless the court determines that oral argument is necessary, the motions will be taken under submission.

1

1 | IT IS SO ORDERED.
2 | DATED:  December 3, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE