UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

    v.

HOANG NGUYEN, also known as BAO HOANG LU,

    Defendant and Movant.
_____/

CR. 2:99-433-05 WBS

ORDER

----oo0oo----

On March 14, 2012, defendant Bao Hoang Lu filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The United States shall file its opposition to defendant's motion no later than May 21, 2012. Defendant may then file a reply no later than June 11, 2012. The court will then take the motion under submission.

IT IS SO ORDERED.

DATED: March 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1