BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>HOANG NGUYEN, also known as<br>BAO LU,<br>           Defendant. | CASE NO. 2:99-CR-433 WBS<br><br>GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S § 2255 PETITION |

   The United States of America, through it's attorneys of record, Benjamin B. Wagner, United States Attorney, and William S. Wong, Assistant U.S. Attorney, hereby submits this request for an extension of time.

   For the reasons set forth in Assistant U.S. Attorney William S. Wong's attached Declaration, the government requests an extension of time to file its opposition to December 14, 2012.  The record in this case (according to the docket) consists of numerous filings by the defendant and his co-defendants, district court and appellate court decisions related to this case, and other materials.  In an effort to respond effectively and comprehensively to the defendant's claims raised in his amended § 2255 petition, the government needs time to

1

obtain adequately review its file and to research the case law and write its opposition to the defendant's § 2255 petition.

The indictment was returned in 1999 and litigation in this case has been ongoing for approximately 13 years. The 2003 jury trial in this matter lasted approximately four weeks. Furthermore, post-trial motions and appeals extended litigation in this matter to the present.

Defendant LU's conviction and sentence has been affirmed by the Court of Appeals and he is now serving a life sentence, plus 60 months in custody. The granting of the government's extension will not serve to prejudice the defendant.

Counsel for the defendant, William Osterhoudt, has been contacted and he has no objection to the government's request for this extension of time.

DATED: November 27, 2012              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                By:   /s/ William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

**DECLARATION OF WILLIAM S. WONG**

I, William S. Wong, hereby declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and was the counsel assigned to prosecute the case of <u>United States v. John That Luong, etal</u>, 2:99-CR-433-WBS, in which defendant BAO LU is a named co-defendant in that indictment.

2. Defendant LU was convicted by jury verdict after a four week-long trial in 2003 of Hobbs Act robbery and use of a firearm. This Court sentenced the defendant to a term of imprisonment of life, plus 60 months in custody. The defendant appealed his convictions and sentence to the Ninth Circuit which affirmed his convictions and sentence.

3. In his amended § 2255 petition, the defendant raises numerous and complicated legal issues which requires the government to review the trial transcript of 2003, the pre-trial and post-trial motions that were filed, the district court and appellate court decisions in this case, and other materials in order to adequately and comprehensively address the issues raised by the defendant.

4. Counsel for the government has been extremely busy handling his caseload and, in particular, counsel for the government recently filed government responses to §2255 petitions in <u>United States v. Kenneth DeAndre Rodgers</u>, CRS 03-371 MCE/EFB and <u>United States v. Shondor Janell Arceneaux</u>, CRS 03-371 MCE/EFB.

5. Because this case is an old case, the government needs additional time to retrieve its file from storage. I must then locate the documents, trial transcripts, and other material in order to effectively respond to the defendant's § 2255 motion. Furthermore, I will need time to research the many issues raised by

1

1  the defendant's § 2255 motion and write the government's opposition.
2       6.  Since my last request for an extension of time, I have
3  encountered difficulties in locating all of the transcripts, copies
4  of motions, and other documents needed for a proper response to the
5  defendant's motion.  The voluminous nature of the case is very time-
6  consuming in locating the necessary materials in order to perform an
7  adequate legal research of case authority necessitated by the issues
8  raised by the defendant.
9       7.  I am currently scheduled for knee surgery on November 28,
10 2012 and will be unable to work for approximately a week or so.
11 After the surgery, I will still be limited in the number of hours I
12 can perform legal research.  It is my hope to complete the
13 Government's response by December 14, 2012.
14      8.  The defendant is currently serving a life sentence and will
15 not be prejudiced by the government's request for an extension of
16 time to December 14, 2012, in order to complete its research and to
17 write its opposition to the defendant's § 2255 petition.
18      9.  I am also currently involved in researching and writing a
19 sentencing memorandum in the case of United States v. Huy Chi Luong,
20 CRS 99-433 WBS.  This memorandum is due to be filed in December 2012.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

10.   I spoke with defendant's counsel, William Osterhoudt, apprising him of my request for this extension of time.  Mr. Osterhoudt graciously consented to my request and expressed that he has no objection to the government's request for an extension of time to file its response to December 14, 2012.

This I say under the penalty of perjury, and to the best of my knowledge.  Executed this 27th day of November, 2012, in Sacramento, California.

                                      /s/ William S. Wong
                                      WILLIAM S. WONG

BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | CASE NO. 2-99-CR-433 WBS |
| v. ) ) | ORDER RE GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO |
| HOANG NGUYEN, also known as ) BAO LU, ) ) | RESPOND TO THE DEFENDANT'S § 2255 PETITION |
| Defendant. ) ) | |

**ORDER**

For the foregoing reasons and good cause having been shown in the Government's Motion for an Extension of Time to Response to the Defendant's § 2255 Petition is GRANTED and the government's response to defendant's § 2255 petition is now due on December 14, 2012.

DATED: November 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4