WILLIAM L. OSTERHOUDT (SBN 043021)
DOLORES OSTERHOUDT (SBN 215537)
Law Office of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA  94117
Tel: (415) 664-4600
Fax:(415) 664-4691
Email: osterhoudt@aol.com

Attorneys for Defendant,
BAO HOANG LU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | **Case No. Cr-99-0433 (WBS)** |
| ) | |
| Plaintiff and Respondent,   ) | **DEFENDANT LU'S REQUEST** |
| ) | **FOR 45 DAYS WITHIN WHICH** |
| v.   ) | **TO REPLY TO GOVERNMENT'S** |
| ) | **OPPOSITION TO LU'S SECTION** |
| BAO HOANG LU,   ) | **2255 MOTION AND [~~PROPOSED~~]** |
| ) | **ORDER THEREON** |
| Defendant and Movant.   ) | |
| _____ ) | |

On July 12, 2012 Defendant Bao Lu, by and through counsel of record filed his 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Judgment and Sentence.  On January 23, 2013 Plaintiff United States of America filed its Opposition to this Motion.  By the foregoing, Defendant Lu respectfully requests 45 days from the date of the Opposition, to Monday, March 11, 2013, to file Defendant's Reply.

Date:  February 1, 2013					Respectfully submitted,

   /s/    William L. Osterhoudt
WILLIAM L. OSTERHOUDT
Counsel for Bao Lu

## ORDER

It is hereby Ordered that Defendant Bao Lu may have 45 days from the filing date of the Government's Opposition to Defendant Lu's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Judgment and Sentence to file Defendant's Reply.  Mr. Lu's Reply is due on or before March 11, 2013.

**IT IS SO ORDERED.**

Date:  February 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE