UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HOANG NGUYEN, aka BAO HOANG LU,<br><br>        Defendant.<br>_____/ | NO. 2:99-cr-00433-05 WBS<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

----oo0oo----

        Defendant has filed an Application for Certificate of Appealability, pursuant to 28 U.S.C. § 2253(c), and Rule 22(b) of the Federal Rules of Appellate Procedure, seeking leave to appeal from this court's Order of May 16, 2013, denying his Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255.

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28

1  U.S.C. § 2253(c)(3).
2          Specifically, defendant seeks leave to appeal on the
3  following three issues: first, that he was denied due precess
4  because the evidence at trial was insufficient to support a
5  conviction under the Hobbs Act; second, that he was denied
6  effective assistance of counsel because his attorney failed to
7  timely bring defendant's age to the attention of the court; and
8  third, that his sentence constituted cruel and unusual punishment
9  under the Eight Amendment.
10         The reasons for the court's rejection of defendant's
11 arguments on each of those issues were discussed in some detail
12 in this court's Order of May 16, 2013.  For the reasons
13 discussed, the court is unable to identify any issue that
14 petitioner can demonstrate is "'debatable among jurists of
15 reason,'" could be resolved differently by a different
16 court, or is "'adequate to deserve encouragement to proceed
17 further.'" See Jennings v. Woodford, 290 F.3d 1006, 1010 (9th
18 Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893
19 (1983)).
20         IT IS THEREFORE ORDERED that defendant's application
21 for a certificate of appealability be, and the same hereby is,
22 DENIED.
23 DATED:  July 10, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE