UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:99-00433 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THONGSOUK THENG LATTANAPHOM; MINH HUYNH, | |
| Defendants. | |

----oo0oo----

The court's February 1, 2016 Order (Docket No. 1659) is hereby amended as follows:

On page two, line seven, after the word violence, add the words, "that is, conspiracy to commit a robbery affecting interstate commerce."

On page six, line one, strike the words, "that the indictment fails to charge an offense or."

1

1    With these modifications, the government's motion for
2 reconsideration (Docket No. 1663) is denied and defendant
3 Lattanaphom's combined motions (Docket No. 1667) are denied as
4 moot.
5    IT IS SO ORDERED.
6
7 Dated:  February 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE