HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
HOANG NGUYEN, aka BAO LU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>HOANG NGUYEN, aka BAO LU,<br><br>               Defendant. | Case No.  2:99-CR-0433-05 WBS<br><br>**ORDER** |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent defendant HOANG NGUYEN, ask BAO LU, to determine whether he may qualify for federal habeas relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for  disposition.  Due to a conflict, the Federal Defender is relieved and attorney, Katherine L. Hart, 1600 Fulton Street, Suite 120, Fresno, CA 93721, is appointed counsel for HOANG NGUYEN ask BAO LU.

IT IS SO ORDERED.

Dated: March 3, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-