UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HOANG NGUYEN,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CR. NO. 2:99-00433-05 WBS<br><br>ORDER |

----oo0oo----

IT IS HEREBY ORDERED that petitioner's motion pursuant to 28 U.S.C. § 2255 (Docket Nos. 1719) is referred to a Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).  The previously set briefing schedule (Docket No. 1722) shall remain in effect.

     IT IS SO ORDERED.

Dated:  July 13, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1