UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>VAN THIENG DI,<br><br>    Movant.<br>_____ | No.  2: 98-cr-0233 WBS AC<br><br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>THY CHANN,<br>HOANG NGUYEN,<br>SON VAN NGUYEN,<br><br>    Movants. | No.  2: 99-cr-0433 WBS AC |

The government moves to extend its time to respond to the motions to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 brought by the above captioned defendants in United States v. Luong, et al. (Luong), 2:99-cr-0433 WBS AC, and United States v. Di (Di), 2:98-

1

cr-0233 WBS AC. Luong ECF No. 1756; Di ECF No. 72. The government also seeks leave to file a consolidated answering brief for all four petitions. Id. Although counsel for the government has stated that counsel for movant Di does not oppose an extension of time, his declaration is silent as to whether the other movants, who are all represented by counsel, oppose the request for extension or whether any movants oppose the filing of a consolidated response. See L.R. 144. However, since no movants have opposed the motion for extension or the request to file a consolidated response, the motion for extension of time and to file a consolidated response will be granted as to the movants in Luong. The motion will be denied as to the movant in Di, because Di was recently granted sixty days to file an amended § 2255 motion (Di ECF No. 73) and the court does not find good cause to further extend the response time in Luong while waiting for the amended motion in Di. Furthermore, it appears that the amended motion in Di may contain additional issues that would make consolidation of the response with the response to the petitions in Luong inappropriate.

Accordingly, IT IS HEREBY ORDERED that the government's motion to file a consolidated response and to extend the time for responding (Luong ECF No. 1756; Di ECF No. 72) is:

1. Granted as to the movants in United States v. Luong, et al., 99-cr-0433 WBS AC, and the government may file a consolidated response to the § 2255 motions filed by movants Chann, H. Nguyen, and S. Nguyen no later than November 30, 2016.

2. Denied as to the movant in United States v. Di, 98-cr-0233. The government's response in United States v. Di, 98-cr-0233, shall be filed in accordance with the order granting movant Di's motion for leave to file an amended § 2255 motion (Di ECF No. 73).

DATED: October 31, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE