McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:99-CR-00433-WBS-AC |
|---|---|
| Plaintiff/Respondent, | CONSOLIDATED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS. |
| v. | |
| BAO LU, SON VAN NGUYEN, THY CHANN, and HOANG AI LE, | |
| Defendants/Movants. | (ECF. 1807 – 1810) |

Respondent United States of America, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Jason Hitt, Assistant United States Attorney, hereby requests a 30-day extension of time until September 23, 2019, in which to file its consolidated objections to Magistrate Judge's findings and recommendations. Docket Nos. 1807-1810.

In light of the recent decisions in *United States v. Davis*, 677 Fed. Appx. 933 and *United States v. Begay*, ___ F.3d ___, 2019 WL 3884261; counsel for the Government is awaiting additional guidance from the Department.

///

///

///

///

1 | Geoffrey M. Jones, counsel for Hoang Ai Le, does not oppose the Government's request.

2 | Katherine Hart, counsel for Bao Lu, does not oppose the Government's request.

3 | Lindsay Weston, counsel for Thy Chann, does not oppose the Government's request.

4 | Benjamin Ramos, counsel for Son Van Nguyen, does not oppose the Government's request.

Dated:  August 23, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *JASON HITT*
JASON HITT
Assistant United States Attorney

Dated:  August 23, 2019

/s/ *GEOFFREY JONES*
GEOFFREY JONES
Attorney for Hoang Ai Le

Dated:  August 23, 2019

/s/ *KATHERINE HART*
KATHERINE HART
Attorney for Bao Lu

Dated:  August 23, 2019

/s/ *LINDSAY WESTON*
LINDSAY WESTON
Attorney for Thy Chann

Dated:  August 23, 2019

/s/ *BENJAMIN RAMOS*
BENJAMIN RAMOS
Attorney for Son Van Nguyen

**[PROPOSED] ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's Consolidated Objections to the Magistrate Judge's Findings and Recommendations is now due September 23, 2019.

DATED: August 23, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE