UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SON VAN NGUYEN, HOANG NGUYEN, aka BAO HOANG LU, HOANG AI LE, and THY CHANN<br><br>Defendants. | No.  2:99-cr-0433 WBS AC<br><br><br>ORDER |

Each of the above captioned defendants filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On August 9, 2019, the magistrate judge filed findings and recommendations as to each defendant, recommending that their convictions on those counts predicated upon an underlying conspiracy to commit a Hobbs Act robbery be vacated.  ECF No. 1807, 1808, 1809, 1810.  The United States does not object to an Order vacating the convictions on those counts, but requests the court to resentence defendants on the remaining counts.  ECF No. 1818.

Accordingly, each of these matters is set for Status Conference at 9:00 a.m., on January 27, 2020.  On or before January 15, 2020, counsel for the United States and for each defendant identified in the above caption shall file a brief discussing the suggested procedure for

1

resentencing, whether supplemental presentence reports should be prepared, and any additional facts or authorities that should be taken into account in resentencing.

IT IS SO ORDERED.

Dated: December 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE