IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:99-cr-00433-05 WBS |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| HOANG NGUYEN, | ) | |
| Defendant. | ) | |

The above named Defendant has, under oath, sworn or affirmed as to his or her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent his or her on Compassionate Release. There is no Sixth Amendment or statutory right to counsel for a motion for compassionate release under 18 U.S.C. § 3582(c). United States v. Bond, Case No. LA CR94-563 JAK, 2020 WL 4340257, at *1 (C.D. Cal. Feb. 25, 2020) (citing United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996); United States v. Whitebird, 55 F.3d 1007, 1010-11 (5th Cir. 1995)). Nevertheless, because the Federal Defender has specifically asked the court to appoint counsel in this matter,

IT IS HEREBY ORDERED that Brian McComas is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 6, 2022, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court, and nothing in this Order shall change or modify the briefing schedule previously established in this case.

Dated: April 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE