BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant-Petitioner
HOANG NGUYEN aka BAO LU

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Respondent; <br><br> v. <br><br> HOANG NGUYEN aka BAO LU <br><br> Defendant - Petitioner | Case No. 2:99-CR-00433-05 WBS <br><br> **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING AMENDED MOTION** |

**STIPULATION**

**BACKGROUND**

1. Defendant Lu filed a *pro per* motion for compassionate release and reduction in sentence regarding medical and other issues on March 14, 2022. Docket No. 1952. Counsel was previously appointed for defendant. Counsel intends to file an amended motion for compassionate relief.

2. The parties desire to stipulate to a briefing schedule for the amended motion. Counsel for respondent does not oppose this request.

3. Lu will file the amended motion by December 29, 2023. Counsel for respondent will file an opposition by January 29, 2024. Lu will file a reply by February 20, 2024.

**IT IS SO STIPULATED:**

DATED: December 26, 2023 

PHILLIP A. TALBERT
United States Attorney
*/s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

DATED: December 26, 2023

*/s/ B.C. McComas*
BRIAN C. McCOMAS
ATTORNEY FOR DEFENDANT-PETITIONER
HOANG NGUYEN aka BAO LU

**ORDER**

**IT IS SO ORDERED.**

Dated: December 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE