PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:99-CR-00433-05 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; ORDER |
| v. | |
| HOANG NGUYEN aka BAO LU, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On December 29, 2023, the Defendant filed an amended motion for compassionate release. Docket No. 2044. The Government's response is due January 29, 2024.

2. Counsel for the Government requests additional time to obtain and review documents received from BOP and draft a proper response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

   a) The Government's response to the Defendant's motion for compassionate release is to be filed on or before February 13, 2024;

STIPULATION RE BRIEFING SCHEDULE    1

       b)    The Defendant's reply to the Government's response to be filed on or before March 5, 2024.

IT IS SO STIPULATED.

Dated: January 29, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: January 29, 2024

*/s/ Brian C. McComas*
BRIAN C. McCOMAS
Attorney for Defendant
Hoang Nguyen aka Bao Lu

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)    The Government's response to the Defendant's motion, (Docket No. 2044), is now due on or before February 13, 2024;

    b)    The Defendant's reply to the Government's response, if any, is due on or before March 4, 2024.

IT IS SO FOUND AND ORDERED.

Dated: January 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE