BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (415) 814-2465
Facsimile: (415) 520-2310
Email: mccomas.b.c@mccomasllp.com

Attorney for Defendant-Petitioner
HOANG NGUYEN aka BAO LU

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　Plaintiff - Respondent; <br><br>　v. <br><br>HOANG NGUYEN aka BAO LU <br><br>　　　Defendant - Petitioner. | Case No. 2:99-CR-00433-05 WBS <br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING REPLY TO THE OPPOSITION TO THE MOTION FOR COMPASSIONATE RELIEF** |

## STIPULATION

1. Defendant Lu filed a *pro per* motion for compassionate release and reduction in sentence regarding medical and other issues on March 14, 2022.  Docket No. 1952.  Counsel was previously appointed for defendant.

2. The parties desire to stipulate to a briefing schedule for the reply. The Government does not oppose this request.

3. Lu will file the reply by April 4, 2024.

**IT IS SO STIPULATED:**

DATED: February 23, 2024        PHILLIP A. TALBERT
                                United States Attorney
                                */s/ Jason Hitt*
                                JASON HITT
                                Assistant U.S. Attorney


DATED: February 23, 2024        */s/ B.C. McComas*
                                BRIAN C. McCOMAS
                                ATTORNEY FOR DEFENDANT-PETITIONER
                                HOANG NGUYEN aka BAO LU


**ORDER**

IT IS SO ORDERED.

Dated:  February 26, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE